UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

REBECCA MAY WAHLEY,

        Plaintiff,                                Case No. 1:07-cv-295

v.                                                   Hon. Janet T. Neff

WAL-MART STORES EAST, LP.,

        Defendant.

_____/

## JUDGMENT APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 7, 2008, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that judgment is entered in defendant's favor on all of plaintiff's claims as a Rule 37(b)(2) sanction for the reasons stated in the Report and Recommendation.

Dated:  August 22, 2008                              /s/Janet T. Neff
                                                             JANET T. NEFF
                                                             UNITED STATES DISTRICT JUDGE